IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES NORWOOD,

    Plaintiff,

v.

MIKE THURMER, DON STRAHOTA,
C.O. BEAHM, C.O. WOODS,
C.O. TRITT, C.O. GORSKE,
CAPT. O'DONOVAN, LT. BRAEMER,
DR. ANKARLO, C.O. RUSSELL,
C.O. KEYS, C.O. UMENTUM,
SGT. HILBERT, SGT. NAVIS,
SGT. LINN, DR. GARBLEMAN,
ANGELA KROLL, JAMES
MUENCHOW, SGT. ROBERTS,
S. WIERENGA, DR. GRISDALE,
ISMAEL OZANNE and
TOM GOZINSKE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-738-bbc

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case with prejudice.

_____     7/28/10
Peter Oppeneer, Clerk of Court            Date