IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARLES LAMONT NORWOOD,

                                                                                                          ORDER

                  Plaintiff,

    v.                                                                                04-cv-813-bbc

GARY HAMBLIN and SGT. LURQUIN,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARLES LAMONT NORWOOD,

                  Plaintiff,

    v.                                                                                07-cv-446-bbc

CAPT. RADTKE, and C.O. GRAAK,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARLES LAMONT NORWOOD,

                  Plaintiff,

    v.                                                                                07-cv-624-bbc

DYLON RADTKE, GREG GRAMS,
AMY MILLARD, TOM GOZINSKE,
AMY SMITH and ANDREA NELSON,

1

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARLES LAMONT NORWOOD,

        Plaintiff,

    v.                              08-cv-446-bbc

DON STRAHOTA, Sergeant HILBERT,
Sergeant PHILLIPS, MICHAEL THURMER,
Captain O'DONOVAN, JAMES MUENCHOW, ICE,
MICHAEL MEISNER, ICE, and THERESA MURPHY, ICE,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARLES NORWOOD,

        Plaintiff,

                              09-cv-738-bbc

    v.

MIKE THURMER, DON STRAHOTA, C.O. BEAHM,
C.O. WOODS, C.O. TRITT, C.O. GORSKE,
CAPT. O'DONOVAN, LT. BRAEMER,
DR. ANKARLO, C.O. RUSSELL and
JANE / JOHN DOES,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff Charles Norwood has filed a motion to modify payment of his filing fees to exempt 80% of the gift money he receives in his inmate account from garnishment under 28 U.S.C. § 1915(b)(2). Plaintiff requests that the court only take 20% of the gift funds received from his family and friends so that he can purchase personal care items.

Because he has five cases, the institution is taking 20% of his income for each case for a total of 100% of his income. The amount owed increases for each case filed. <u>Newlin v. Helman</u>, 123 F.3d 429, 436 (7th Cir. 1997), <u>rev'd on other grounds by Lee v. Clinton</u>, 209 F.3d 1025 (7th Cir. 2000) and <u>Walker v. O'Brien</u>, 216 F.3d 626 (7th Cir. 2000). Therefore, plaintiff is currently required to pay 100% of his monthly income until the remaining balances for each of his cases are paid in full.

The statute governing the collection of fees in his case, 28 U.S.C. § 1915(b)(2) does not permit me to exempt any part of the plaintiff's income from withholding. Moreover, in <u>Lucien v. DeTella</u>, 141 F.3d 773, 776 (7th Cir. 1998), the Court of Appeals for the Seventh Circuit ruled expressly that the word "income" in § 1915(b)(2) means more than "earned income."

> Congress did not define the term "income" in § 1915(b), but it used several related terms: "income," "deposits," and "amount in the account." These seem to be used as synonyms, which implies that "income" means "all deposits." A prisoner therefore "shall forward 20% of whatever sums enter a prison trust account, disregarding the source. That some receipts are gifts or bequests from family members does not shelter them from § 1915(b)(2), as the prison seems to have supposed.

3

Because the law is settled in this circuit that gift money is not to be excluded from the definition of "income" an inmate might receive, I have no discretion to grant plaintiff's request for an order exempting 80% of his gift money from collection to pay the filing fees he incurred in these cases.

## ORDER

IT IS ORDERED that plaintiff's motion to modify payment of his filing fees is DENIED.

Entered this 3d day of September, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

4